IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOEL JONES     PETITIONER

v.     No. 1:19CV83-GHD-JMV

WARDEN BRANDON SMITH, ET AL.     RESPONDENTS

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 27th day of July, 2021.

/s/ Glen H. Davidson
SENIOR UNITED STATES DISTRICT JUDGE